# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD HOUSER,** | : | |
| **YVETTE BRAXTON,** | : | |
| **WILLIAM HOUSER,** | : | |
| **SANTELL MILLER,** | : | |
| Plaintiffs | : | No. 1:15-cv-00327 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **VISIONQUEST NATIONAL LTD.,** | : | |
| Defendants | : | |

## ORDER

**AND SO**, on this 29th day of November 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendant's motions for summary judgment (Doc. Nos. 38, 41, 44), are **DENIED**; and

2. This matter is **REFERRED** to Magistrate Judge Carlson for mediation proceedings.


                                                          s/ Yvette Kane
                                                          Yvette Kane, District Judge
                                                          United States District Court
                                                          Middle District of Pennsylvania