IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONALD HOUSER, :
YVETTE BRAXTON, :
WILLIAM HOUSER, :
SANTELL MILLER, and :
    Plaintiffs : No. 1:15-cv-00327
:
v. : (Judge Kane)
:
VISIONQUEST NATIONAL LTD., :
    Defendant :

## ORDER

**AND SO**, on this 22nd day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion for reconsideration (Doc. No. 68), is **DENIED**; and

2. A telephone conference will be held on July 20, 2018 at 11:30 AM to discuss a date for trial of this matter. The telephone number of the Court is 717-221-3990. Plaintiffs' counsel shall initiate the call.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania