# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD HOUSER, | : | |
| YVETTE BRAXTON, | : | |
| WILLIAM HOUSER, | : | |
| SANTELL MILLER, | : | |
|     Plaintiffs | : | No. 1:15-cv-00327 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| VISIONQUEST NATIONAL LTD., | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of September 2018, Magistrate Judge Carlson having reported to the Court that Plaintiff Donald Houser and Defendant Visionquest National Ltd. have reached a settlement in this matter, **IT IS ORDERED THAT** Plaintiff Donald Houser's claims asserted against Defendant are dismissed without costs and without prejudice, upon good cause shown, within sixty (60) days, to reinstate those claims if settlement is not consummated. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
